UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>Plaintiff,<br><br>v.<br><br>BIG LOTS, INC., as an entity and doing business as "Big Lots Store #4397", BIG LOTS F AND S, INC., as an entity and doing business as "Big Lots Store #4397", MCCORDUCK PROPERTIES, TURLOCK, LLC, and Does 1-50, Inclusive,<br><br>Defendants. | No. 1:18-cv-00006-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 7) |

On March 7, 2018, Plaintiff filed a Notice of Voluntary Dismissal, in which Plaintiff notified the Court of the dismissal of this action with prejudice. (Doc. 7.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **March 8, 2018**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE